IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NASIM ALI IRSAN and KHALED ABDELRAHMAN AZZEH, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-19-2210 |
| OFFICER NAVARRO, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this lawsuit is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 24th day of June, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE